OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 DEC 03 2015

11/30/2015
**BARNET, CLAYTON**              Tr. Ct. No. 1149008-C              **WR-76,919-04**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

CLAYTON BARNET
SKYVIEW UNIT - TDC #1525970
P. O. BOX 999
RUSK, TX 75785

U TF